# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2820
LT Case No. 2023-CF-000190

_____

SAMUEL DAVID PELHAM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Matthew Metz, Public Defender, and Zachary Wiseman,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L.
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

March 12, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and EISNAUGLE and MacIver, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____